Filing # 234740596 E-Filed 10/29/2025 04:04:42 PM

IN THE CIRCUIT COURT OF THE 15th JUDICIAL CIRCUIT IN AND FOR PALM BEACH COUNTY, FLORIDA

CASE NO. 50-2025-CA-011258-XXXA-MB

CAROL SHEFFIELD BLAKE,

Plaintiff,

v.

WAL-MART STORES EAST, LP,

Defendant.

______________________________/

**COMPLAINT**

COMES NOW, Plaintiff, CAROL SHEFFIELD BLAKE, by and through undersigned counsel, and sues the Defendant, WAL-MART STORES EAST LP, and as grounds thereof would state as follows:

1. This is an action for damages that is in excess of Fifty Thousand ($50,000.00) Dollars.

2. At all times material hereto, Plaintiff, CAROL SHEFFIELD BLAKE, was and is a resident of Palm Beach County, Florida.

3. At all times material hereto, Defendant, WAL-MART STORES EAST, LP, was a foreign limited partnership doing business throughout the State of Florida, including, Palm Beach County, Florida.

4. At all times material hereto, Defendant, WAL-MART STORES EAST, LP, owned, operated, controlled, managed and/or maintained the store located at 4225 45th Street, West Palm Beach, Palm Beach County, Florida.

5. At all times material hereto, Defendant, WAL-MART STORES EAST, LP was responsible for the maintenance, upkeep, inspection, remedy and/or warning

regarding the subject premises located at 4225 45th Street, West Palm Beach, Palm Beach County, Florida.

6. At all times material hereto, Defendant, WAL-MART STORES EAST, LP, by and through its employees, agents and representatives, was responsible for the routine inspection, maintenance, upkeep, remedy and/or warning for the subject premises located at 4225 45th Street, West Palm Beach, Palm Beach County, Florida.

7. At all times material hereto, the Defendant, WAL-MART STORES EAST, LP, is responsible and vicariously liable for the negligent acts and omissions by its employees, agents and representatives that are the proximate and legal cause of injury or damages to the public, including Plaintiff, CAROL SHEFFIELD BLAKE.

8. At all times material hereto, Plaintiff, CAROL SHEFFIELD BLAKE, was lawfully on the subject premises in the sporting goods and outdoors section while shopping an improperly secured canoe paddle fell and struck her on her head, thereby causing injury to her person.

9. At all times material hereto, the improper placement and securing of the paddle was a dangerous condition.

10. At all times material hereto, there were no signs, warnings or notice to the public of the dangerous condition of the area.

11. At all times material hereto, the Defendant, WAL-MART STORES EAST, LP, had actual and/or constructive knowledge of the aforementioned dangerous condition of the sporting goods and outdoors section where this incident occurred.

12. At all times material hereto, the Defendant, WAL-MART STORES EAST LP, created a foreseeable zone of risk of harm by failing to maintain, upkeep, inspect, remedy, and/or warn in a safe and prudent manner regarding the aforementioned

dangerous condition of the sporting goods and outdoors section where this incident occurred.

13. At all times material hereto, Plaintiff, CAROL SHEFFIELD BLAKE, while in the sporting goods and outdoors section of the subject store was injured due to the abovementioned dangerous condition, which was within a foreseeable zone of risk or harm created by Defendant, WAL-MART STORES EAST, LP.

14. As a direct, proximate, and foreseeable result of the negligence of the Defendant, Plaintiff sustained serious injury.

**COUNT I - NEGLIGENCE AGAINST WAL-MART STORES EAST, LP**

Plaintiff, CAROL SHEFFIELD BLAKE, re-alleges and re-avers paragraphs 1-14 as fully set forth herein and further states:

15. At all times material hereto, the Defendant, WAL-MART STORES EAST, LP, had a non-delegable duty to the public, including the Plaintiff, CAROL SHEFFIELD BLAKE, to use reasonable care in the maintenance, upkeep, remedy, inspection and/or warning regarding the condition of the sporting goods and outdoors section on the subject premises so as to prevent access to a dangerous condition so as not expose the public, including Plaintiff, to any dangerous conditions of the section and/or in the subject area that would cause an unreasonable risk of harm/injury to Plaintiff.

16. On or about June 12, 2025, the Defendant, WAL-MART STORES EAST LP, by and through its employees breached its non-delegable duty of care and was negligent by:

a. Failing to maintain, upkeep, and/repair the subject area;
b. Failing to properly secure the subject canoe paddle;
c. Failing to inspect, remedy and/or correct the improperly secured canoe in the subject area;
d. Failing to properly notify and/or warn of the subject condition of the area;
e. Failing to prevent access to the subject area;

f. Failing to implement sufficient preventative measures designed to prevent, discover, eliminate, remedy, reduce or warn of the danger posed by the dangerous condition of the area; and/or

g. Failing to properly train and/or supervise its employees to prevent, discover, eliminate, remedy, reduce, and warn of the dangerous condition of the area that could cause injury to the public.

17. As a direct, proximate and foreseeable result of Defendant's, WAL-MART STORES EAST, LP's, vicarious negligence, Plaintiff, CAROL SHEFFIELD BLAKE, suffered bodily injury and resulting pain and suffering, disability, disfigurement, loss of capacity for the enjoyment of life, wage loss, expenses of hospitalization, medical and nursing care and treatment, and aggravation of a previously existing condition. These losses are either permanent or continuing and the Plaintiff will continue to suffer these losses in the future.

WHEREFORE, the Plaintiff, CAROL SHEFFIELD BLAKE**,** demands a judgment for damages against the Defendant, WAL-MART STORES EAST, LP, together with costs and interest and demand trial by jury of all issues herein issues so triable as a matter of right by jury.

DATED this 29th day of October 2025.

BERNHEIM KELLEY BATTISTA, LLC
Attorneys for Plaintiff
1212 E Broward Blvd
Third Floor
Fort Lauderdale, FL 33301
Telephone: (954) 866-1111
Facsimile: (954) 252-4532
Service Email: PCService3@bkbblaw.com
Attorney Direct E-Mail: RRios@RealJustice.com

By: s/*Robin A. Rios*
ROBIN A. RIOS, ESQ.
Fla. Bar # 1004208
JESSE N. BERNHEIM, ESQ.
Fla. Bar # 525421